**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THOMAS J. BROWN,

    Plaintiff,

v.                                CASE NO.

CITIBANK, N.A. and
ARS NATIONAL SERVICES, INC.,

    Defendants.

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441(a)-(b), and 1446, defendant Citibank, N.A. ("Citibank") hereby removes the action entitled *Thomas J. Brown v. Citibank, N.A., et al.*, which is pending in the Circuit Court for the Sixth Judicial Circuit of Florida, in and for Pasco County, Case No. 16-CA-000029 (the "Action"), to the United States District Court for the Middle District of Florida on the following grounds:

    1.    On January 6, 2016, Plaintiff, Thomas J. Brown, filed his original complaint against Citigroup, Inc. and ARS National Services Inc.

    2.    Citibank was not a party to the original complaint.

    3.    On February 9, 2016, Citigroup, Inc. received service of the Summons and Complaint in the Action.

    4.    On March 9, 2016, Plaintiff filed an Amended Complaint, dropping Citigroup, Inc. and adding Citibank. Plaintiff also requested a new summons, for service of the Amended Complaint on Citibank.

5. As of the date of this Notice of Removal, Citibank has not been served in the Action.

6. In any event, Citibank has timely filed this Notice of Removal.

7. Copies of the Amended Complaint, the original summons, the original complaint, and all exhibits filed in the Action are attached hereto as *Exhibit A*.

8. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Citibank pursuant to the provisions of 28 U.S.C. § 1441(a) because Plaintiff, Thomas J. Brown, alleges violations of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (*see, e.g.,* Amended Complaint, ¶¶ 52-57) and the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (*see, e.g.,* Amended Complaint ¶¶ 58-66), claims which are created by and arise under federal law. To the extent any other claims in the Action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

9. This Court is the proper district court and division for removal because the Action is pending in Pasco County, Florida. *See* Local Rule 1.02(b)(5).

10. Citibank is simultaneously filing a copy of this Notice of Removal of Action with the state court in the Action. Citibank will serve Plaintiff with copies of this Notice of Removal and the notice filed in the Action.

11. By virtue of this Notice of Removal of Action and the notice filed in the Action, Citibank does not waive its rights to assert any personal jurisdictional defenses or

other motions including Rule 12 motions, motions to compel arbitration, or both, as otherwise permitted by the Federal Rules of Civil Procedure.

12. Citibank certifies, to the best of its knowledge, that: true and legible copy of all process, pleadings, orders, and other papers or exhibits now on file in the state court have been attached to this Notice of Removal of Action; and there are no motions pending in the state court.

13. Citibank certifies that it conferred with ARS National Services Inc., the other defendant in the Action, who consents to this Notice of Removal of Action. A Joinder and Consent to Notice of Removal of Action is attached as *Exhibit B*.

Dated: March 10, 2016

Respectfully submitted,

**AKERMAN LLP**

*/s/ John L. Dicks II*
John L. Dicks II
Florida Bar No.: 89012
john.dicks@akerman.com
sharon.wells@akerman.com
401 East Jackson St., Suite 1700
Tampa, Florida  33602
Phone: 813-223-7333
Fax:    813-218-5410

and

Jacob A. Brown
Florida Bar No. 0170038
jacob.brown@akerman.com
leilani.caylao@akerman.com
jennifer.meehan@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730
*Attorneys for Citibank, N.A.*

{37744553;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by email to Plaintiff's counsel, Michael A. Ziegler at mike@zieglerlawoffice.com, and to Counsel for ARS National Services Inc. Louis M. Ursini III at Louis.Ursini@arlaw.com on this 10th day of March, 2016.

*/s/ John L. Dicks II*
Attorney

{37744553;1}