**IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO
COUNTY, FLORIDA**

**CASE NO.: 16-CA-000029-WS**

**THOMAS J. BROWN,**

      **Plaintiff(s),**

**v.**

**CITIBANK, N.A., and
ARS NATIONAL SERVICES,
INC.,**

      **Defendant(s).**

_____/

## PLAINTIFF'S FIRST AMENDED COMPLAINT

    **COMES NOW**, Plaintiff, **THOMAS J. BROWN** (hereafter "Mr. Brown" or "Plaintiff"), by and through the undersigned counsel, and hereby files his First Amended Complaint against Defendant, **CITIBANK, N.A.** (hereafter "Debt Owner"), and Defendant, **ARS NATIONAL SERVICES, INC.** (hereafter "Debt Collector"), (hereafter collectively referred to as "Defendants"), for the unfair and unlawful debt collection practices in the State of Florida, and in support thereof states as follows:

### _Jurisdictional Allegations_

1. This is an action for damages greater than $15,000.00, exclusive of attorney's fees, interest, and costs.

2. Jurisdiction in proper in the state of Florida where the Defendants conduct business in the State of Florida.

3. Jurisdiction of this Court also arises under 15 U.S.C. § 1692k (d) and Fla. Stat. § 559.77 (1).

4. Venue is proper in Pasco County, Florida where the tortious activities took place in Pasco County, Florida.

## *Parties*

5. This action arises out of a "Debt" or "Consumer Debt" as defined by Fla. Stat. § 559.55 (6) and Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et. seq. ("FDCPA"), and the Florida Consumer Collections Practices Act, Fla. Stat. § 559.72 et. seq. ("FCCPA").

6. Plaintiff, Mr. Brown, is a natural person and at all times material hereto was an adult, a resident of Pasco County, Florida, and a "consumer" as defined by 15 U.S.C. § 1692a (3) and "debtor" as defined by Fla. Stat. § 559.55 (8).

7. At all times material hereto, Defendant Debt Owner is a foreign profit corporation with its principal place of business in New York, New York and its registered agent as C T CORPORATION SYSTEM, located at 1200 South Pine Island Rd., Plantation, FL 33324.

8. At all times material hereto, Defendant Debt Collector is a foreign profit corporation with its principal place of business in Escondido, California and its registered agent as CORPORATION SERVICE COMPANY, located at 1201 Hays St., Tallahassee, FL 32301.

9. Further, at all times material hereto, Debt Collector is a "Consumer Collection Agency" as defined by Fla. Stat. § 559.55 (3) and/or a "Debt Collector" as defined by Fla. Stat. § 559.55 (7) & 15 U.S.C § 1692a (6).

10. At all times material hereto, Defendant Debt Collector was performing debt collection owed to Debt Owner to satisfy Plaintiff's alleged debt.

11. At all times material hereto, Debt Collector was acting as an employee, representative, or agent on behalf of Debt Owner for purposes of collecting Plaintiff's alleged debt for Debt Owner and, as such, Debt Owner is responsible for the conduct of its agent.

12. At all times material hereto, via a contractual relationship between the parties, Debt Owner had control or the ability to control Debt Collector's actions in attempting to collect Plaintiff's alleged debt on behalf of Debt Owner.

### *Statements of Fact*

13. On or around January 25, 2013, Mr. Brown was approved for a Citi Simplicity account ending in 6181 (hereafter "the Account") with Debt Owner.

14. Mr. Brown opened the Account with the intent his niece would be the primary user (hereafter "Primary User"), so as to refinance and pay down her debt.

15. Primary User had agreed with Mr. Brown that she would make the payments on the Account.

16. However, Mr. Brown desired to limit his credit exposure with respect to the Account and Debt Owner offered to limit the credit line to $5,900.00, to which Mr. Brown agreed. ***See* Exhibit A.**

17. In February, 2014, Primary User wrote out eight checks as payments towards the Account.

18. Debt Owner immediately credited the payments to the Account, at which point Primary User would max out the Account again, and then the checks would return as insufficient funds.

19. Despite the insufficient funds, all eight of the fraudulent payments were accepted by the Debt Owner and applied as credit to the Account over the span of nine days.

20. The Account balance rose to $14,183.43. *See* **Exhibit B p. 4.**

21. Debt Owner failed to inform Mr. Brown of this pattern of activity while it occurred.

22. Debt Owner failed to take any action to prevent the overdraw on the account, such as an account freeze or a delay in crediting the account.

23. Mr. Brown hired an attorney to represent him in negotiations regarding the Account.

24. On or around October 17, 2014, Mr. Brown's attorney sent a representation letter to Debt Owner stating in relevant part, "Please direct all correspondence concerning this matter to me. Please do not contact Mr. Brown directly." *See* **Exhibit E.**

25. Despite this request, Debt Owner directly contacted Mr. Brown on October 27, 2014. *See* **Exhibit F.**

26. In the October 27 letter, Debt Owner acknowledges receiving the letter from Mr. Brown's counsel, stating "[w]e have received communication and we appreciate your attention to this matter…" *Id.*

27. Further, Debt Owner also directly contacted Mr. Brown on November 18, 2014.

28. On November 19, 2014, Mr. Brown's attorney sent another letter to Debt Owner requesting they immediately cease and desist contact with Mr. Brown. *See* **Exhibit G.**

29. Despite this request, Debt Owner made calls to Mr. Brown's cellular phone.

30. Debt Owner placed over three hundred and fifty (350) calls to Mr. Brown's cellular phone, beginning on or around November 30, 2014, through on or around March 26, 2015. *See* **Exhibit H.**

31. Some of Debt Owner's calls to Mr. Brown's cellular phone were as early as 7:22 a.m. *See* **Exhibit H p. 13.**

32. In making these three hundred and fifty (350) calls to Mr. Brown, Debt Owner called Mr. Brown's cellular phone up to six times per day. *See* **Exhibit H pps. 5, 6.**

33. Mr. Brown has been harassed by Debt Owner's calls due to the frequency and timing of each of the calls.

34. Under information and belief, each of the three hundred and fifty (350) calls identified in paragraph 30 were placed to Mr. Brown's cellular telephone number using an automatic telephone dialing system.

35. Under information and belief, Debt Owner did not place any telephone calls to Mr. Brown for emergency purposes.

36. Each telephone call Debt Owner placed to Mr. Brown was in connection with the collection of the Debt.

37. Debt Owner did not have Mr. Brown's express consent to make any of the three hundred and fifty (350) telephone calls identified in paragraph 30 to Mr. Brown's cellular telephone number.

38. Mr. Brown's attorney advised that Mr. Brown stop making monthly payments to Debt Owner, as Debt Owner was in violation of consumer protection laws. *See* **Exhibit I.**

39. On or around February 22, 2015, Debt Owner again directly contacted Mr. Brown regarding the Account. *See* **Exhibit J.**

40. In or around late March 2015, Debt Owner continued to directly contact Mr. Brown regarding the Account. *See* **Exhibit K.**

41. On or around March 26, 2015, Mr. Brown's attorney once again requested Debt Owner stop illegally contacting Mr. Brown. *See* **Exhibit L.**

42. Despite these repeated requests, Mr. Brown continues to receive Collection Letters regarding the Account.

43. Debt Owner's actions involving the Account, Mr. Brown's credit rating has suffered. *See* **Exhibit M.**

44. As a direct and proximate consequence of Debt Owner's actions involving the Account, Mr. Brown has also been charged $584.83 in interest as of May 2015. *See* **Exhibit B p. 12.**

45. In or around April 2015, Debt Owner charged off the Account and assigned it to Debt Collector

46. Debt Collector thereafter sent Mr. Brown collection letters attempting to collect the Debt, including, but not limited to the following dates:

    a.   August 24, 2015; and

    b.   September 17, 2015

   *See* **Exhibit N.**

## *Count 1: Negligence*
### *(as against Debt Owner)*

47. Plaintiff re-alleges paragraphs 1-46 and incorporates the same herein by reference.

48. Debt Owner, a lender, had a duty to Mr. Brown, to act in a commercially reasonable manner with respect to the Account.

49. Debt Owner breached its duty where it failed to identify a patently problematic pattern of account activity which allowed the account to be over limit by $8,283.43.

50. Debt Owner's breach is the actual and proximate cause of damages.

51. All conditions precedent to this action have occurred.

WHEREFORE, Plaintiff requests this Court to enter a judgment against Debt Owner as follows:

      a.   Awarding actual damages to Plaintiff;

      b.   Ordering an injunction preventing further wrongful contact by the Defendant; and

      c.   Any other and further relief as this Court deems equitable.

### *Count 2: Violation of Restrictions on use of Telephone Equipment (Using an automated telephone system to contact a cellular phone that resulted in charges) (as against Debt Owner)*

52. Plaintiff re-alleges paragraphs 1-46 and incorporates the same herein by reference.

53. The Restrictions on Use of Telephone Equipment provision, 47 U.S.C. § 227 (b) (1) (2012) prohibits any person

> (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial prerecorded voice – (iii) to any telephone number assigned to a paging service, cellular telephone service, . . . or any service for which the called party is charged for the call.

54. Mr. Brown revoked consent to have the Debt Owner call his cellular phone on or around October 2014 when his attorney sent Debt Owner a representation agreement, directing all correspondence to the attorney.

55. Despite this revocation of consent, Debt Owner thereafter called Mr. Brown's cellular phone over three hundred and fifty (350) times.

56. Debt Owner willfully and knowingly placed three hundred and fifty (350) non-emergency calls to Mr. Brown's cellular telephone without the express consent of Mr.

Brown, using an automatic telephone dialing system, violating the Restrictions on Use of

Telephone Equipment.

57. All conditions precedent to this action have occurred.

WHEREFORE, Plaintiff requests this Court to enter a judgment against Debt Owner as

follows:

     a. Awarding statutory damages as provided by 47 U.S.C. § 227 (b) (3) (B), which

       allows for $500 in damages for each such violation;

     b. Awarding treble damages pursuant to 47 U.S.C. § 227 (b) (3) (C);

     c. Awarding Plaintiff costs;

     d. Ordering an injunction preventing further wrongful contact by the Defendant; and

     e. Any other and further relief as this Court deems equitable.

### _Count 3: Violation of the Fair Debt Collection Practices Act ("FDCPA")_
### _(as against Debt Collector)_

58. Plaintiff re-alleges paragraphs 1-46 and incorporates the same herein by reference.

59. Plaintiff is a "consumer" within the meaning of the FDCPA.

60. The subject debt is a "consumer debt" within the meaning of the FDCPA.

61. Debt Collector is a "debt collector" within the meaning of the FDCPA.

62. All of the letters from Debt Collector to Plaintiff constitute "communications" as defined

    by 15 U.S.C. § 1692a (2) (2012).

63. Debt Collector violated the FDCPA. Debt Collector's violations include, but are not

    limited to, the following:

     a. Debt Collector violated the FDCPA, 15 U.S.C. § 1692c (a) (2) (2012),

       by communicating with Mr. Brown in connection with the collection

       of the Debt when the Debt Collector knew that Mr. Brown was

represented by an attorney with respect to such Debt and could readily ascertain the attorney's name and address from the representation letter sent to Debt Owner on or around October 17, 2014.

64. As a result of the above violation of the Act, Plaintiff has been subjected to illegal collection activities for which he has been damaged.

65. It has been necessary for Plaintiff to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

66. All conditions precedent to this action have occurred.

WHEREFORE, Plaintiff requests this Court to enter a judgment against Debt Collector as follows:

    a.  Awarding statutory damages as provided by 15 U.S.C. § 1692k (a) (2) (A);

    b.  Awarding actual damages;

    c.  Awarding costs and attorneys' fees; and

    d.  Any other and further relief as this Court deems equitable.

### *Count 4: Violation of the Florida Consumer Collection Practices Act ("FCCPA")*
### *(as against Debt Collector)*

67. Plaintiff re-alleges paragraphs 1-46 and incorporates the same herein by reference.

68. Debt Collector violated the FCCPA. Debt Collector's violations include, but are not limited to, the following:

    a.  Debt Collector violated the FCCPA, Fla. Stat. § 559.72 (18), by contacting the Plaintiff after the Debt Collector knew the Plaintiff was represented by an attorney with respect to such debt and had knowledge of such attorney's name and address from the representation letter sent to Debt Owner on or around October 17, 2014.

69. As a result of the above violation of the Act, Plaintiff has been subjected to unwarranted and illegal collection activities and harassment for which he has been damaged.

70. It has been necessary for Plaintiff to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

71. All conditions precedent to this action have occurred.

WHEREFORE, Plaintiff requests this Court to enter judgment against Debt Collector as follows:

    a.  Awarding statutory damages as provided by Fla. Stat. § 559.77;

    b.  Awarding actual damages;

    c.  Awarding costs and attorneys' fees;

    d.  Ordering an injunction preventing further wrongful contact by the Defendant; and

    e.  Any other and further relief as this Court deems equitable.

### *Count 5: Violation of the Florida Consumer Collection Practices Act ("FCCPA")*
### *(as against Debt Owner)*

72. Plaintiff re-alleges paragraphs 1-46 and incorporates the same herein by reference.

73. Debt Owner violated the FCCPA. Debt Owner's violations include, but are not limited to, the following:

    a.  Debt Owner violated the FCCPA, Fla. Stat. § 559.72 (7), by willfully communicating with Mr. Brown with such frequency as can reasonably be expected to harass Mr. Brown, by calling Mr. Brown's cell phone at least three hundred and fifty (350) times, up to six times per day. *See* **Exhibit H pps. 5, 6.**

b.  Debt Owner violated the FCCPA, Fla. Stat. § 559.72 (17), by communicating with Mr. Brown between the hours of 9:00 p.m. and 8:00 a.m. in the Eastern Time Zone without prior consent of Mr. Brown. For example, Debt Owner called Mr. Brown's cellular phone at 7:22 a.m. on December 20, 2014. *See* **Exhibit H p. 13.**

c.  Debt Owner violated the FCCPA, Fla. Stat. § 559.72 (18), by contacting the Plaintiff after the Debt Owner knew that Mr. Brown was represented by an attorney with respect to such Debt and had knowledge of such attorney's name and address from the representation agreement sent to Debt Owner on or around October 17, 2014.

74. As a result of the above violations of the Act, Plaintiff has been subjected to unwarranted and illegal collection activities and harassment for which he has been damaged.

75. It has been necessary for Plaintiff to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

76.  All conditions precedent to this action have occurred.

WHEREFORE, Plaintiff requests this Court to enter a judgment against Debt Owner as follows:

a.  Awarding statutory damages as provided by Fla. Stat. § 559.77;

b.  Awarding actual damages;

c.  Awarding costs and attorneys' fees;

d.  Awarding punitive damages;

e.   Ordering an injunction preventing further wrongful contact by the

Defendant; and

f.   Any other and further relief as this Court deems equitable.


## DEMAND FOR JURY TRIAL

Plaintiff, **THOMAS J. BROWN**, demands a trial by jury on all issues so triable.


Respectfully submitted this **March 8, 2016.**

*/s/  Michael A. Ziegler*
Michael A. Ziegler, Esq.
FBN:  74864
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
(p)  (727) 538-4188
(f)  (727) 362-4778
mike@zieglerlawoffice.com

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished as follows on this **08** day of **March, 2016.**

__X__ E-mail/E-Services, _____ Delivery, ____ US Mail, ___Fax

Andrew Moritz, Esq.
Counsel for Citibank, N.A.
Citibank, N.A.
14000 Citi Cards Way
C1G-1B235
Jacksonville, FL 32258
Andrew.moritz@citi.com

Louis M. Ursini, III, Esq,
Counsel for ARS National Services, Inc.
Adams and Reese, LLP
101 E. Kennedy Blvd.
Suite 4000
Tampa, FL  33602
louis.ursini@arlaw.com

*/s/ Michael A. Ziegler*
Michael A. Ziegler, Esq.
FBN:  74864
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
(p)  (727) 538-4188 /
(f)  (727) 362-4778
 mike@zieglerlawoffice.com

(Page 15 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 14 of 61 PageID 152





Citibank, N.A.
Customer Service Center
P.O. Box 6500
Sioux Falls, SD 57117-6500

January 25, 2013

THOMAS J BROWN
4516 SEAGULL DR
UNIT 612
NEW PORT RICHEY FL 34652-2120

www.citicards.com

Dear THOMAS J BROWN:

**Why we're writing you**

Welcome! Your request for the Citi Simplicity account has been approved with a credit limit of $5,900. You should be receiving your new card(s) within 7 to 10 days from the date of this letter. If you do not receive your card(s) within this time frame, please call us immediately at 866-696-5673.

**Here's what you need to know**

Enclosed is information about your new account. Please refer to the specific pricing terms beginning on the next page of this letter. This letter is part of the enclosed Card Agreement and should be kept for future reference. We hope this answers any questions you may have.

We are also enclosing a copy of our privacy notice. As a member of the Citigroup family of companies, we are committed to protecting the security of the business you do with us and will respect the privacy and confidentiality of your information at all times.

We've assigned a Personal Identification Number (PIN) to your card. You can find it in the highlighted box below. This PIN will enable you to use your card to obtain cash advances at ATMs worldwide. Additionally, you may obtain cash by presenting your card at many financial institutions.

**Some Important information**

Your Citi Simplicity account delivers exceptional value backed by superior quality and service.

Here are a few tips to maintain a good credit history:

- Pay at least the minimum payment due by the payment due date. Our Online Bill Payment service is also available. This free service allows you to pay your bill online and if your request is received by 5:00 p.m. ET, your payment will be credited to your account as of that day. To learn more about Online Bill Payment sign on to www.citicards.com
- Keep your balance below your credit limit.
- Notify us of any address or telephone number changes.

We value you as our new customer and appreciate the opportunity to meet your financial needs.

Sincerely,

Ken Stork
Vice President
Citibank, N.A.

Enclosure

Please keep this letter for future reference.        It's        Use your Personal Identification
easy to get cash with your new card.                            Number (PIN) 5430

                                                                Expiration: A

(Page 16 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 15 of 61 PageID 153

## Citi Simplicity® Card

citi

**THOMAS J BROWN**

Billing Period: 07/20/13-08/21/13

How to reach us
www.citicards.com
1-866-696-5673
BOX 6500 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $304.91 |
| New balance: | $6,026.91 |
| Payment due date: | 09/16/13 |

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $88.00 and an overlimit amount of $126.91.

### Account Summary

| | |
|---|---|
| Previous balance | $5,895.07 |
| Payments | -$88.00 |
| Credits | -$0.00 |
| Purchases | +$219.84 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| New balance | $6,026.91 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 year(s) | $10,667 |

For information about credit counseling services, call 1-877-337-8188. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

### Credit Limit

| | |
|---|---|
| Credit limit | $5,900 |

Includes $1,800 cash advance limit

 

Citi EasyDeals®

✻ See page 3 for more information about your rewards.



Please print Address Changes on the reverse side

citi

P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

Pay online   www.citicards.com

Pay by phone   1-866-696-5673

Pay by mail   Use this coupon
• Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
• Write the last four digits of your account number on your check.  

| | |
|---|---|
| Minimum payment due | $304.91 |
| New balance | $6,026.91 |
| Payment due date | 09/16/13 |

Amount enclosed: $

THOMAS J BROWN
49 WATERVIEW PKWY
HAMBURG NY 14075-1833

CITI CARDS
PO Box 183113
Columbus OH 43218-3113

**EXHIBIT "B"**



(Page 17 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 16 of 61 PageID 154

# Citi Simplicity® Card

# citi

**THOMAS J BROWN**

Billing Period: 11/21/13-12/19/13

How to reach us
www.citicards.com
1·866·696·5673
BOX 6500 SIOUX FALLS, SD 57117

You are over your credit limit. Please pay at least the minimum payment due, which includes an overlimit amount of $176.50.

| | |
|---|---|
| Minimum payment due: | $267.50 |
| New balance: | $6,076.50 |
| Payment due date: | 01/16/14 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 year(s) | $11,122 |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Account Summary

| | |
|---|---|
| Previous balance | $5,964.25 |
| Payments | -$263.25 |
| Credits | -$0.00 |
| Purchases | +$375.50 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| New balance | $6,076.50 |

## Credit Limit

| | |
|---|---|
| Credit limit | $5,900 |

Includes $1,800 cash advance limit

## Citi EasyDeals



**Point Balance As of 12/01/2013**

» See page 3 for more information about your rewards.

Please print Address Changes on the reverse side

# citi

P.O. Box 6004
Sioux Falls, SD 57117-6004

**Your Statement is Inside**

 Pay online    www.citicards.com

 Pay by phone    1·866·696·5673

Pay by mail    Use this coupon
• Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
• Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $267.50 |
| New balance | $6,076.50 |
| Payment due date | 01/16/14 |
| Amount enclosed: $ | |

THOMAS J BROWN
49 WATERVIEW PKWY
HAMBURG NY 14075-1833

CITI CARDS
PO Box 183113
Columbus OH 43218-3113

(Page 18 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 17 of 61 PageID 155

# Citi Simplicity® Card

# citi

THOMAS J BROWN

Billing Period: 01/21/14-02/20/14

How to reach us
www.citicards.com
1-866-696-5673
BOX 6500 SIOUX FALLS, SD 57117

You are over your credit limit. Please pay at least the minimum payment due, which includes an overlimit amount of $8283.43.

| | |
|---|---|
| Minimum payment due: | $8,495.43 |
| New balance: | $14,183.43 |
| Payment due date: | 03/16/14 |

## Account Summary

| | |
|---|---|
| Previous balance | $5,225.60 |
| Payments | -$11,642.00 |
| Credits | -$768.60 |
| Purchases | +$15,048.59 |
| Cash advances | +$5,825.00 |
| Fees | +$491.25 |
| Interest | +$3.59 |
| New balance | $14,183.43 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 year(s) | $19,339 |

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Credit Limit

| | |
|---|---|
| Credit limit | $5,900 |

Includes $1,800 cash advance limit

# citi

P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement is inside

Pay online www.citicards.com

Pay by phone 1-866-696-5673

Pay by mail  Use this coupon
• Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
• Write the last four digits of your account number on your check.

Please print Address Changes on the reverse side

| | |
|---|---|
| Minimum payment due | $8,495.43 |
| New balance | $14,183.43 |
| Payment due date | 03/16/14 |

Amount enclosed: $

THOMAS J BROWN
49 WATERVIEW PKWY
HAMBURG NY 14075-1833

CITI CARDS
PO Box 183113
Columbus OH 43218-3113

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 19 of 61 PageID 156

# Citi Simplicity® Card

cîti

THOMAS J BROWN

How to reach us
www.citicards.com
1-866-696-5673
BOX 6500 SIOUX FALLS, SD 57117

Billing Period: 04/19/14-05/20/14

Minimum payment due:          $8,296.26

New balance:                  $13,781.26

Payment due date:             06/16/14

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $209.00 and an overlimit amount of $7881.26.

## Account Summary

| Previous balance | $13,985.39 |
| Payments | -$212.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$7.87 |
| **New balance** | **$13,781.26** |

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 year(s) | $18,958 |

For information about credit counseling services, call 1-877-337-8188. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Credit Limit

| Credit limit | $5,900 |

Includes $1,800 cash advance limit

cîti

P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement is Inside

 Pay online  www.citicards.com

 Pay by phone  1-866-696-5673

Pay by mail  Use this coupon
• Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
• Write the last four digits of your account number on your check.

Please print Address Changes on the reverse side

| Minimum payment due | $8,296.26 |
| New balance | $13,781.26 |
| Payment due date | 06/16/14 |

Amount enclosed: $

THOMAS J BROWN
49 WATERVIEW PKWY
HAMBURG NY 14075-1833

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

(Page 20 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 19 of 61 PageID 157

# Citi Simplicity® Card

**citi**

THOMAS J BROWN

Billing Period: 06/20/14-07/18/14

**How to reach us**
www.citicards.com
1-866-696-5673
BOX 6500 SIOUX FALLS, SD 57117

| | |
|---|---|
| **Minimum payment due:** | **$7,477.73** |
| **New balance:** | **$13,180.73** |
| **Payment due date:** | **08/16/14** |

You are over your credit limit. Please pay at least the minimum payment due, which includes an overlimit amount of $7280.73.

**Account Summary**

| | |
|---|---|
| Previous balance | $13,373.62 |
| Payments | -$200.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$7.11 |
| New balance | $13,180.73 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 year(s) | $18,749 |

For information about credit counseling services, call 1-877-337-8187.

**Credit Limit**

| | |
|---|---|
| Credit limit | $5,900 |

Includes $1,800 cash advance limit

---

**citi**

P.O. Box 6004
Sioux Falls, SD 57117-6004

**Your Statement is inside**

 Pay online www.citicards.com

 Pay by phone 1-866-696-5673

 Pay by mail Use this coupon
• Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
• Write the last four digits of your account number on your check.

Please print Address Changes on the reverse side

| | |
|---|---|
| Minimum payment due | $7,477.73 |
| New balance | $13,180.73 |
| Payment due date | 08/16/14 |

Amount enclosed: $

THOMAS J BROWN
4516 SEAGULL DR
UNIT 612
NEW PORT RICHEY FL 34652-2120

CITI CARDS
Processing Center
Des Moines, IA 50363-0005



(Page 21 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 20 of 61 PageID 150

# Citi Simplicity® Card

# citi

**THOMAS J BROWN**

Billing Period: 09/21/14-09/18/14

How to reach us
www.citicards.com
1-866-696-5673
BOX 6500 SIOUX FALLS, SD 57117

| | |
|---|---|
| **Minimum payment due:** | **$7,279.80** |
| **New balance:** | **$12,916.31** |
| **Payment due date:** | **10/16/14** |

You are over your credit limit. Please pay at least the minimum payment due, which includes an overlimit amount of $7016.31.

## Account Summary

| | |
|---|---|
| Previous balance | $12,991.82 |
| Payments | -$200.00 |
| Credits | -$10.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$134.49 |
| New balance | $12,916.31 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 year(s) | $18,567 |

For information about credit counseling services, call 1-877-337-8187.

## Credit Limit

| | |
|---|---|
| Credit limit | $5,900 |
| Includes $1,800 cash advance limit | |



## Savings Spotlight

Your Citi Simplicity Lifetime Savings:

See page 3 to view your Savings Summary.

---

# citi

P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement is inside

 Pay online  www.citicards.com

 Pay by phone  1-866-696-5673

 Pay by mail · Use this coupon
- Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
- Write the last four digits of your account number on your check.

Please print Address Changes on the reverse side

| | |
|---|---|
| Minimum payment due | $7,279.80 |
| New balance | $12,916.31 |
| Payment due date | 10/16/14 |
| Amount enclosed: $ | |

THOMAS J BROWN
4516 SEAGULL DR
UNIT 612
NEW PORT RICHEY, FL 34652-2120

CITI CARDS
Processing Center
Des Moines, IA 50363-0005



(Page 22 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 21 of 61 PageID 159

THOMAS J BROWN



## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| | | |
|---|---|---|
| Total fees charged in this billing period | | $0.00 |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 04/20 | INTEREST CHARGED TO STANDARD ADV | $8.30 |
| 04/20 | INTEREST CHARGED TO STANDARD PURCH | $146.32 |
| Total interest charged in this billing period | | $154.62 |

### 2015 totals year-to-date

| | |
|---|---|
| Total fees charged in 2015 | $0.00 |
| Total interest charged in 2015 | $584.83 |

### Interest charge calculation

Days in billing cycle: 32

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 12.99% (V) | $12,848.00 (D) | $146.32 |
| ADVANCES | | | |
| Standard Adv | 12.99% (V) | $728.79 (D) | $8.30 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Standard Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

NO LATE FEE: Savings on late fee is determined by reviewing your payments and calculating what your late fee would have been on your card without this benefit. If you paid late prior to May 2014, savings on late fee is determined by using a $15 late fee (if your minimum payment due was less than $15, we used that amount as the savings amount). This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you redeemed for an item from Citi Easy Deals, savings is the difference between the retail or offer price displayed at citieasydeals.com and the price you paid after redeeming your points. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI SIMPLICITY LIFETIME SAVINGS: The savings from interest, no late fee, Citi Easy Deals and Citi Price Rewind since you became a Citi Simplicity cardmember. This savings amount does not include any balance transfer fees.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.



Savings Spotlight
Your Citi Simplicity®
Savings Summary

See Account Messages
for more information about
Savings Spotlight

(Page 23 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM  Document 3  Filed 03/10/16  Page 22 of 61 PageID 160

# Citi Simplicity Card

citi

**THOMAS J BROWN**

Billing Period: 10/22/13-11/20/13

How to reach us
www.citicards.com
1-866-696-5673
BOX 6500 SIOUX FALLS, SD 57117

| | | |
|---|---|---|
| Minimum payment due: | $243.25 | |
| New balance: | $5,964.25 | |
| Payment due date: | 12/16/13 | |

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $90.00 and an overlimit amount of $64.25.

## Account Summary

| | |
|---|---|
| Previous balance | $6,051.25 |
| Payments | -$87.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| New balance | $5,964.25 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 year(s) | $10,842 |

For information about credit counseling services, call 1-877-337-8188. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Credit Limit

| | |
|---|---|
| Credit limit | $5,900 |

Includes $1,800 cash advance limit

 

Citi EasyDeals

citi



**Point Balance As of 11/01/2013**

» See page 3 for more information about your rewards.

---

citi

P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement is Inside

 Pay online     www.citicards.com

 Pay by phone   1-866-696-5673

 Pay by mail   Use this coupon
  • Enclose a valid check or money order payable
    to CITI CARDS. No cash or foreign currency.
  • Write the last four digits of your
    account number on your check.

Please print Address Changes on the reverse side

| | |
|---|---|
| Minimum payment due | $243.25 |
| New balance | $5,964.25 |
| Payment due date | 12/16/13 |
| Amount enclosed: $ | |

THOMAS J BROWN
49 WATERVIEW PKWY
HAMBURG NY 14075-1833

CITI CARDS
PO Box 183113
Columbus OH 43218-3113

(Page 24 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 23 of 61 PageID 161

| X | 2/3/14 | $700 |
| X | 2/4/14 | 600 |
| X | 2/5/14 | 750 |
| X | 2/6/14 | 950 |
| X | 2/7/14 | 960 |
| X | 2/10/14 | 2500 |
| X | 2/11/14 | 3300 |
| X | 2/12/14 | 1001.82 |
| | TOTAL | $10,761.82 |

Teresa, gave the routing number . ████████ and checking acct.
████████ from Wood Forest Nat'l Bank to Citi Bank on theses
deposits.

(Page 25 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 24 of 61 PageID 162

THOMAS J BROWN

www.citicards.com       Page 2 of 2
1-866-696-5673

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| 05/21 | | PAYMENT THANK YOU | -$209.00 |
| 06/16 | | PAYMENT THANK YOU | -$706.00 |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

## 2014 totals year-to-date

| | |
|---|---|
| Total fees charged in 2014 | $454.65 |
| Total interest charged in 2014 | $25.42 |

## Interest charge calculation

Days in billing cycle: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Star card Purch (Introductory Rate) | 0.00% | $0.00 (D) | $0.00 |
| **ADVANCES** | | | |
| Standard Adv | 12.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR)'s the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

Your Introductory Purchase rate will expire in 2 billing periods.

## Account messages

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 07/09/2014 to allow for enough time for regular mail to reach us.

EXHIBIT "D"

(Page 26 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 25 of 61 PageID 163

**John C. Englehardt, P. A.**
*Attorney at Law*

*1524 East Livingston Street*
*Orlando, Florida 32803-5495*
*Telephone 407-896-1138*
*Facsimile 407-896-7370*

October 17, 2014

Citi Cards
P.O. Box 183113
Columbus, OH 43218

Re:     Thomas J. Brown - ███████████████

Dear Sir or Madam

Please be advised that I represent Thomas Brown, the card holder for the above account.

The purpose of this letter is to offer Citicard the lump sum payment of $5,900.00 in full and final satisfaction of any of my client's obligations to it arising from that use of the credit card.

Mr. Brown obtained the credit card primarily to assist his niece who, unbeknownst to him, and with the inexplicable assistance of Citicard, ran up the balance well in excess of the card's credit limit.

Through January, 2014 the card remained at or below its credit limit. Commencing late January, 2014 and through the first 12 days of February, 2014 Mr. Brown's niece began making payments with worthless checks totaling close to $5,800.00. The checks began to bounce on the same day they were credited to the above account. In spite of a daily series of bounced checks and in spite of the $5,900.00 credit limit, Citicard, for whatever reason, did not only allow Mr. Brown's niece to continue using the card to rob the bill, but also allowed her to take over $5,000.00 in cash advances.

As a result, the entire balance due in excess of the original credit limit was incurred with Citicard's full knowledge that the account was in serious trouble.

Mr. Brown does not seek a release of his niece for her liability, but is unwilling to underwrite Citicard's reckless lending.

Since this problem came to light, Mr. Brown has continued to make good faith monthly payments in the amount $200.00. He will refrain from making any further payment, if Citicard is unwilling to accept his offer of $5,900.00 and will respond to any law suit filed by Citicard with a counterclaim for deceptive and unfair trade practices.

Please direct all correspondence concerning this matter to me. Please do not contact Mr. Brown directly.

Yours truly,

John C. Englehardt

JCE/ds
cc: Thomas Brown

EXHIBIT "E"

(Page 27 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 26 of 61 PageID 164





In response to your request

Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077

October 27, 2014

THOMAS J BROWN
4516 SEAGULL DR
UNIT 612
NEW PORT RICHEY FL 34652-2120

Dear THOMAS J BROWN:

**Why we're writing you**

We have received communication and we appreciate your attention to this matter. Before we can consider your offer, it is necessary that we speak with you. Please call the toll free number shown below.

Sincerely,

G.STEVENS
VICE PRESIDENT
Citibank, N.A.

**How to contact us**

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Visit us at: citicards.com

Toll Free Telephone Number: 1-800-388-2200*
TDD Number: 1-800-926-5818 (Hearing Impaired Only)

Any representative can assist you.
Office Hours :
Monday through Friday, 8:00 a.m. - 10:00 p.m., ET; Saturday - Sunday, 9:30 a.m. - 6:00 p.m., ET

Send Correspondence to:
Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077

*Calls are randomly monitored and recorded to ensure quality service.

EXHIBIT "F"

(Page 28 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 27 of 61 PageID 165

The purpose of this communication is to collect a debt and any information obtained will be used for that purpose.

Information for Massachusetts Residents:

**NOTICE OF IMPORTANT RIGHTS**

**YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.**

(Page 29 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 28 of 61 PageID 166

**John C. Englehardt, P. A.**
*Attorney at Law*

*1524 East Livingston Street*
*Orlando, Florida 32803-5495*
*Telephone 407-896-1138*
*Facsimile 407-896-7370*

November 19, 2014

Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117

Re:   Thomas J. Brown - ▮▮▮▮▮▮▮

Dear Sir or Madam

On October 17, 2014 the enclosed letter was sent to your office in Columbus, OH.   Since the date of that letter you have contacted my client on two separate occasions , October 27, 2014 and November 18, 2014 which constitutes two violations of the Fair Debt Collection Practices Act.

You have no right to require my client to jump through the hoop of providing a written Power of Attorney before your compliance with the law.

Please govern yourself accordingly.

Yours truly,

John C. Englehardt

JCE/ds
cc: Thomas Brown

EXHIBIT "G"

(Page 30 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 29 of 61 PageID 167

## CITI BANK PHONES CALLS

3/19/2015                  3/26/2015

11:06 AM                  11:24 AM

3/20/2015

11:28 AM

3/21/2015

11:09 AM

3/22/2015

11:18 AM

3/23/2015

11:13 AM

3/24/2015

11:24 AM

3/25/2015

11:05 AM                  *Tom Brown*

EXHIBIT "H"

(Page 31 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 30 of 61 PageID 168

## CITI BANK PHONE CALLS

**3/2/2015**

10:10 AM
12:20 PM
2:13 PM

**3/3/2015**

**3/4/2015**

**3/5/2015**

8:09 AM
10:10 AM
12:10 PM

**3/6/2015**

8:09 AM
10:21 AM
12:21 P M
2:22 PM

**3/7/2015**

11:15 AM

**3/8/2015**

11:21 AM

**3/8/2015**

11:21 AM

**3/9/2015**

Tom BROWN

(Page 32 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 31 of 61 PageID 160

## CITI BANK PHONE CALLS

**2/23/**2015                    **2/27/2015**

**2/24/2015**                    8:09 AM
                                10:12 AM
8:05 AM                         12:20 PM
10;12 AM                        2:20 PM
12:18 PM
8:22 PM                         **2/28/2015**

**2/25/2015**                    9:14 AM
                                11:16 AM
8:03 AM                         1:17 PM
10:17 AM                        3:19 PM
12:21 PM                        4:18 PM
1:30 PM
2:31 PM                         **3/1/2015**

**2/26/2015**                    10:06 AM
                                2:15 PM
8:05 AM                         4:22 PM
10:25 AM
12:28 PM
2:28 PM                         TOM BROWN

(Page 33 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM - Document 3 - Filed 03/10/16 - Page 32 of 61 PageID 170

# GITI BANK PHONE CALLS

| 2/16/2015 | 2/20/2015 |
|-----------|-----------|
| 11:30 AM  | 8:14 AM   |
| 1:30 PM   | 10:33 AM  |
| 2:30 PM   | 11:12 AM  |
| 5:35 PM   | 7:30 PM   |
| 7:37 PM   |           |

| 2/17/2015 | 2/21/2015 |
|-----------|-----------|
| 11:26 AM  | 11:12 AM  |
| 1:26 PM   | 3:38 PM   |
| 3:26 PM   |           |
| 5:28 PM   |           |
| 8:29 PM   |           |

| 2/18/2015 | 2/22/2015 |
|-----------|-----------|
| 11:30 AM  |           |
| 1:24 PM   |           |
| 3:26 PM   |           |
| 5:34 PM   |           |
| 7:39 PM   |           |

**2/19/2015**

11:22 AM
1:23 PM
5:24 PM
7:22 PM      **TOM BROWN**

(Page 34 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 33 of 61 PageID 171

# CITI BANK PHONE CALLS

| 2/9/2015 | 2/13/2015 |
|----------|-----------|
| 11:27 AM | 11:24 AM |
| 1:30 PM | 1:41 PM |
| 3:20 PM | 3:43 PM |
| 5:47 PM | 7:51 PM |
| 7:30 PM | |

| | 2/14/2015 |
|----------|-----------|
| 2/10/2015 | 8:30 AM |
| | 10:29 AM |
| 11:30 AM | 11:15 AM |
| 1:29 PM | 12:31 PM |
| | 2:37 PM |
| 2/11/2015 | 4:42 PM |

| | 2/15/2015 |
|----------|-----------|
| 3:30 PM | |

| 2/12/2015 | 9:30 AM |
|----------|-----------|
| | 11:31 AM |
| 11:33 AM | 1:54 PM |
| 1:34 PM | 5:58 PM |
| 3:36 PM | 6:41 PM |
| 5:39 PM | |
| 7:40 PM | TOM BROWN |

(Page 35 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 34 of 61 PageID 172

# CITI BANK PHONE CALLS

## 2/2/2015

11:16 AM
1:18 PM
3:20 PM
5:27 PM
7:30 PM

## 2/3/2015

11:33 AM
1:25 PM
3:26 PM
5:39 PM
7:52 PM

## 2/4/2015

11:20 AM
12:25 PM
5:47 PM

## 2/5/2015

11:31 AM
3:24 PM
4:29 PM
7:28 PM

## 2/6/2015

11:21 AM
3:23 PM
5:53 PM
8:03 PM

## 2/7/2015

8:20 AM
10:25 AM
12:26 PM
2:27 PM
3:29 PM
4:29 PM

## 2/8/2015

9:40 AM
11:43 PM
1:54 PM
5:59 PM

**TOM BROWN**

(Page 36 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 35 of 61 PageID 173

## CITI BANK PHONE CALLS

| <u>1/26/2015</u> | <u>1/30/2015</u> |
|---|---|
| 11:23 AM | 11:33 AM |
| 1:24 PM | 5:29 PM |
| 7:27 PM | 7:30 PM |

| <u>1/27/2015</u> | <u>1/31/2015</u> |
|---|---|
| 11:32 AM | 8:30 AM |
| 1:32 PM | 10:30 AM |
| 3:33 PM | 12:35 PM |
| 5:38 PM | 2:36 PM |
| 7:39 PM | |

| <u>1/28/2015</u> | <u>2/1/2015</u> |
|---|---|
| 11:28 AM | 9:32 AM |
| 1:30 PM | 11:38 AM |
| 3:35 PM | 1:51 PM |
| 4:16 PM | 3:52 PM |
| 5:53 PM | 5:53 PM |
| 6:34 PM | |

<u>1/29/2015</u>

11:31 AM          *Tom Brown*
1:43 PM
3:33 PM
5:35 PM
7:35 PM

(Page 37 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM - Document 3 - Filed 03/10/16 - Page 36 of 61 PageID 174

## CITI BANK PHONE CALLS

| 1/20/2015 | 1/24/2015 |
|-----------|-----------|
| 11:12 AM  | 10:27 AM  |
|           | 12:27 PM  |
| 1/21/2015 | 2:28 PM   |
|           | 4:31 PM   |
| 11:29 AM  |           |
| 1:35 PM   | 1/25/2015 |
| 3:36 PM   |           |
| 6:32 PM   | 9:40 AM   |
|           | 1:19 PM   |
| 1/22/2015 | 3:51 PM   |
|           | 5:55 PM   |
| 11:28 AM  |           |
| 1:29 PM   |           |
| 3:30 PM   |           |
| 5:32 PM   |           |
| 7:41 PM   |           |
|           |           |
| 1/23/2015 |           |
|           |           |
| 11:29 AM  |           |
| 1:30 PM   |           |
| 3:15 PM   |           |
| 4:32 PM   |           |
| 5:34 PM   | TOM BROWN |

(Page 38 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 37 of 61 PageID 175

# CITI BANK PHONE CALLS

### 1/14/2015                    1/18/2015

9:34 AM                    11:06 AM
11:25 AM
3:29 PM
5:45 PM
8:07 PM

### 1/15/2015

11:30 AM
3:33 PM
6:37 PM
7:49 PM

### 1/16/2015

12:42 PM
2:31 PM
4:33 PM
7:26 PM

### 1/17/2015

8:20 AM
10:22 AM
12:24 PM
2:26 PM
4:04 PM                    TOM BROWN

# PHONE CALLS FROM CITI BANK

| 1/03/2015 | 1/7/07/2015 | 1/13/2015 |
|-----------|-------------|-----------|
| 8:00 AM | 11:31 AM | 11:22 AM |
| 10:30 AM | 1:28 PM | 3:25 AM |
| 12:30 PM | 3:24 PM | 5:35 PM |
| 2:30 PM | 5:39 PM | 7:37 PM |
|  | 7:40 PM |  |

**1/04/2015**

**1/08/2015**

| 1/04/2015 | 1/08/2015 |
|-----------|-----------|
| 9:31 AM |  |
| 11:39 AM | 2:15 PM |
| 1:48 PM | 4:10 PM |
| 3:53 PM | 6:56 PM |
| 5:53 PM |  |

| 1/05/2015 | 1/11/2015 |
|-----------|-----------|
| 11:23 AM | 9:40 AM |
| 1:47 PM | 11:42 AM |
| 3:25 PM | 2:06 PM |
| 5:32 PM | 4:00 PM |
| 7:32 PM | 6:28 PM |

| 1/06/2015 | 1/12/2015 |
|-----------|-----------|
| 11:31 AM | 11:30 AM |
| 3:32 PM | 1:32 PM |
| 5:35 PM | 3:33 PM |
| 7:37 PM | 7:52 PM |

Tom Brown

(Page 40 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM - Document 3 - Filed 03/10/16 - Page 39 of 61 PageID 177

# PHONE CALLS FROM CITI BANK

### 12/29/2014

11:24 AM
1:25 PM
5;29 PM
7:35 PM

### 12/30/2014

11:44 AM
2:51 PM
6:OO PM
8:25 PM

### 12/31/2014

8:15 AM
10:24 AM
12:45 PM
2:26 PM
4:28 PM

(Page 41 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 40 of 61 PageID 178

## CALLS FROM CITI BANK

| 12/22/2014 | 12/27/2014 |
|---|---|
| 11:29 AM | 8:32 AM |
| 1:33 PM | 10:33 AM |
| 3:33 PM | 12:44 PM |
| 5:45 PM | 3:14 PM |
| 7:44 PM | 5:56 PM |
| **12/23/2014** | **12/28/2014** |
| 1:10 PM | 9:45 AM |
| 3:22 PM | 11:57 AM |
| 5:25 PM | 3:03 PM |
| | 5:05 PM |
| **12/24/2014** | 7:06 PM |
| 8:33 AM | |
| 10:30 AM | |

**12/26/2014**

11:32 AM
1:47 PM
3:49 PM
7:57 PM

**Tom Brown**

| **12/15/20014** | **12/20/14** |
|---|---|
| 11:17 AM | 7:22 AM |
| 1:32 PM | 10:26 AM |
| 8:40 PM | 2:35 PM |

| **12/16/2014** | **12/21/2014** |
|---|---|
| 11:25 AM | 9:50 AM |
| 1:30 PM | 11:58 AM |
| 3:31 PM | 1:58 PM |
| 7:36 PM | 4:00 PM |
| | 6:01 PM |

**12/17/2014**

11:26 AM
1:27 PM
3:27 PM
5:29 PM
7:33 PM

**12/18/2014**

11:25 AM
1:27 AM
5:33 PM
7:34 PM

| **12/19/2014** | **CALLS FROM CITI BANK** |
|---|---|
| 9:14 AM | TOM BROWN |
| 1:37 PM | |
| 5:17 PM | |

## CITI BANK CALLS

12/11/14

2:00 PM

12/12/14

11:27 AM
1:28 PM
3:29 PM
3:52 PM
5:47 PM

12/13/14

8:30 AM
10:30 AM
12:31 PM
2:37 PM
5:00 PM

1214/14

9:30AM
11:44 AM
1:45 PM
4:03 PM
6:22 PM

TOM BROWN

## CITI BANK CALLS

### 12/08/2014

1:45 PM

### 12/09/2014

3:43 PM
4:03 PM

### 12/10/2014

11:29 AM

*Tom Brown*

# CALLS FROM CITI BANK

### 12/04/2014

11:32 AM
2:58 PM
7:29 PM

### 12/05/2014

6:49 PM

### 12/06/2014

8:34 AM
10:25 PM
3:02 PM

### 12/07/2014

9:31 AM
11:40 AM
3:39 PM
5:53 PM
7:59 PM

**Tom Brown**

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 45 of 61 PageID 103

# CITI BANK PHONE NUMBER 1-800-388-2200

## CALLS RECEIVED:

### 12/1/2014

11:37 AM
5:09 PM

### 12/02/2014

11:27 AM
1:47 PM
2:03 PM
3:49 PM

### 12/03/2014

11:31 AM


Tom Brown

RECEIVED THIS LETTER  11/28/2014 FROM CITI.
AND THESE PHONE CALLS.


CITI BANK PHONE NUMBER 1-800-388-2200, CALLS.
RECEIVED.

11/26/2014

   12:42 PM
   1:12 PM
   6:32 PM


11/28/2014

   3:49 PM


11/29/2014

2 CALLS WITHOUT TIMES, BUT PHONE NUMBER.
6:52 PM
8:31 PM


11/30/2014

   9:38 AM
  11:50 AM
   5:39 PM


Tom Brown



**Re: monthly payment to Citicard**

**Darcy Sullivan**
To me, John Englehardt

Today at 8:31 AM

Hi Tom

I spoke with John and he said do not pay the monthly payment. They have been in violation of the fair debt collection practices act at least 3 or more times now. He will be in touch.

> Show message history

```
--
Darcy Sullivan
Legal Assistant to John C. Englehardt, Esq.
John C. Englehardt, P.A.
1524 E. Livingston Street
Orlando, FL 32803
```

This email is free from viruses and malware because avast! Antivirus protection is active.

Reply, Reply All or Forward | More

Click to reply all

EXHIBIT "I"



THOMAS J BROWN
4516 SEAGULL DR
UNIT 612
NEW PRT RCHY FL 34652-2120

February 22, 2015

Dear Thomas J Brown:

So you are probably wondering why we just paid to overnight you this one sheet of paper. Honestly, it is because we have not been able to contact you for some time and need you to call us so we can help you.

By not speaking with you, we have not had the opportunity to share with you a variety of solutions that may be available to you through whatever financial difficulty you may be experiencing. Let us help get your account back in good standing.

Simply put, there are a number of temporary and permanent options you may be able to take advantage of, including:

- ❖ Settling for less than your total balance, payable in installments or all at once.
- ❖ Lowering your interest rate to reduce interest charges.
- ❖ Lowering your monthly payment.

In some cases we may even be able to combine options. For more information, and to find out if you qualify for these or other options that may be available please call today.

You may also take advantage of select payment options at www.Citicards.com.

Sincerely,

G. Stevens
Vice President
Citibank, N.A.

Your Citi Cards account is issued and serviced by Citibank, N.A.

Toll Free Telephone Number: 800-884-1865*
TDD Number: 1-800-926-5818 (Hearing Impaired Only)
Any representative can assist you.
*Calls are randomly monitored and recorded to ensure quality service.

Hours of operation:                          Send Correspondence To:
Monday-Friday: 7:00am-9:00pm CT              P.O. Box 6077
Saturday-Sunday: 8:30am-5:00pm CT            Sioux Falls, SD 57117

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

EXHIBIT "J"

682-2138-0705F

(Page 50 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 49 of 61 PageID 187

The purpose of this communication is to collect a debt and any information obtained will be used for that purpose.

El propósito de esta comunicación es cobrar una deuda y cualquier información obtenida se utilizará para ese propósito.

Information for Massachusetts Residents:

### NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

Información para residentes de Massachusetts:

### AVISO DE DERECHOS IMPORTANTES

USTED TIENE DERECHO A SOLICITAR POR ESCRITO U ORALMENTE NO RECIBIR LLAMADAS TELEFÓNICAS EN SU LUGAR DE TRABAJO CON RESPECTO A SU DEUDA. CUALQUIER SOLICITUD ORAL SERÁ VÁLIDA POR DIEZ DÍAS, A MENOS QUE USTED PROPORCIONE UNA CONFIRMACIÓN ESCRITA DE LA SOLICITUD, MATASELLADA O ENTREGADA DENTRO DE LOS SIETE DÍAS HÁBILES DESDE QUE REALIZÓ LA SOLICITUD ORAL.  USTED PUEDE CANCELAR ESTA SOLICITUD ESCRIBIENDO AL ACREEDOR.

Rev. 05/09

(Page 51 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 50 of 61 PageID 188

03/27/2015  13:05    7278461598                                    PAGE  01/02

(1677 unread) - tomarion06 - Yahoo Mail                            Page 1 of 1



EXHIBIT "K"

*John C. Englehardt, P. A.*
**Attorney at Law**

*1524 East Livingston Street*
*Orlando, Florida 32803-5495*
*Telephone 407-896-1138*
*Facsimile 407-896-7370*

March 26, 2015

Citi Cards
P.O. Box 6004
Sioux Falls, SD 57117-6004

Citibank Customer Service
P. O. Box 6500
Sioux Falls, SD 57117

and

CitiBank, N. A.
PO Box 653095
Dallas, TX 75265-0370

Re:     Thomas J. Brown - █████████

Dear Sir or Madam:

Why do you persist in harassing my client?  Enclosed please find copies of my previous correspondence to you.

DO NOT CONTACT MR. BROWN!!

Direct all future correspondence to me.

Yours truly,

JOHN C. ENGLEHARDT, P. A.

JCE/ap
Encls.
cc/ Thomas Brown

EXHIBIT "L"

(Page 53 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 52 of 61 PageID 190





**Prepared for:** THOMAS BROWN
**Date:** August 18, 2015

Page 3 of 16

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

| Payment history legend | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

### ■ Credit items

**CITI**
PO BOX 6241
SIOUX FALLS SD 57117
No phone number available

**Date opened** Jan 2013
**First reported** Feb 2013
**Date of status** May 2015

**Type** Credit card
**Credit limit or original amount** $5,900
**Terms** Not reported
**Monthly payment** Not reported

**Credit limit or original amount** $5,900
**High balance** $14,190

**Recent balance** $13,656 as of Jul 2015

**Responsibility** Individual
**Status**
Account charged off. $13,656 written off. $2,334 past due as of Jul 2015.
This account is scheduled to continue on record until Sep 2021.
**Comment**
FCBA dispute resolved - consumer disagrees.
**Comment:**
Account closed at credit grantor's request.

**Payment history**

| 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | | 2013 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CO | CO | CO | 150 | 120 | 90 | 60 | 150 | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CK | CK | CK | CK | OK | CK | CK | CK | OK | CK | CK |

**Account history -** If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

| | AB = Account balance ($) | | | | | | DPR = Date payment received | | | | | | SPA = Scheduled payment amount ($) | | | | | | AAP = Actual amount paid ($) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 | Jun14 | May14 | Apr14 | Mar14 | Feb14 | Jan14 | Dec13 | Nov13 | Oct13 | Sep13 | Aug13 |
| AB | 13,656 | 13,656 | 13,656 | 13,502 | 13,368 | 13,226 | 13,071 | 12,942 | 12,800 | 12,916 | 12,991 | 13,180 | 13,373 | 13,781 | 13,985 | 14,190 | 14,163 | 5,225 | 6,976 | 5,964 | 6,051 | 5,832 | 6,026 |
| DPR | Oct16 | Oct16 | Oct16 | Oct16 | Oct16 | Oct16 | Oct16 | Oct16 | Sep16 | Aug16 | Jul16 | Jun16 | Apr22 | Mar28 | Feb12 | Feb12 | Jan17 | Dec12 | Nov06 | Sep12 | Sep12 | Aug01 |
| SPA | ND | ND | 13,656 | 13,502 | 13,368 | 286 | 239 | 270 | 275 | 263 | 194 | 197 | 200 | 206 | 209 | 212 | 212 | 78 | 91 | 89 | 90 | 67 | 90 |
| AAP | ND | ND | ND | ND | ND | ND | ND | 263 | 200 | 197 | 200 | 415 | 212 | 212 | ND | 700 | 966 | 263 | 87 | ND | ND | ND |

P. Between Aug 2013 and Jun 2015, your credit limit/high balance was $5,900

0018101253

EXHIBIT "M"

(Page 54 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 53 of 61 PageID 191

2

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/14 | $1,389 | $25 | $1,037 | 1/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 12/13 | $1,037 | $25 | $1,176 | 12/1/2013 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 11/13 | $1,176 | $25 | $2,009 | 11/1/2013 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 10/13 | $2,009 | $25 | $1,592 | 10/1/2013 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 09/13 | $1,592 | $25 | $1,444 | 9/1/2013 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 08/13 | $1,444 | $25 | $754 | 8/1/2013 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |

| | | Date Opened | High Credit | | Credit Limit | Terms Duration | Terms Frequency | | Interim Pymt | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 01/24/2013 | $14,190 | | $5,900 | | Monthly | 29 | | Closed | | |

| Date Reported | Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20/2015 | $13,656 | $2,834 | 10/2014 | | $13,656 | 02/2014 | | 05/2015 | | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Consumer Disputes After Resolution; Charged Off Account; Account Closed By Credit Grantor;

Account History with Status Codes    06/2015 05/2015 04/2015 03/2015 02/2015 01/2015 12/2014
                                       L      L      5      4      3      2      1

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/15 | $13,656 | $13,656 | | 10/1/2014 | $14,190 | $5,900 | $2,834 | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Charged Off Account; Account Closed By Credit Grantor; | | | | | | | | | | |
| 06/15 | $13,656 | $13,656 | | 10/1/2014 | $14,190 | $5,900 | $2,130 | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Charged Off Account; Account Closed By Credit Grantor; | | | | | | | | | | |
| 05/15 | $13,656 | $13,656 | | 10/1/2014 | $14,190 | $5,900 | $1,926 | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Charged Off Account; Account Closed By Credit Grantor; | | | | | | | | | | |
| 04/15 | $13,656 | $13,656 | | 10/1/2014 | $14,190 | $5,900 | $1,636 | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor; 150 Days Past Due | | | | | | | | | | |

( Continued On Next Page )                          Page 6 of 18

(Page 55 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 54 of 61 PageID 192

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/15 | $1,019 | $25 | | 7/1/2015 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 06/15 | $1,067 | $55 | | 6/1/2015 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 05/15 | $1,250 | $25 | | 5/1/2015 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 04/15 | $741 | $25 | | 4/1/2015 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 03/15 | $820 | $25 | | 3/1/2015 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 02/15 | $2,165 | $25 | | 2/1/2015 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 01/15 | $696 | $25 | | 1/1/2015 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 12/14 | $818 | $42 | | 12/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 11/14 | $787 | $25 | | 11/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 10/14 | $820 | $25 | | 10/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 09/14 | $551 | $25 | | 9/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 08/14 | $761 | $25 | | 8/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 07/14 | $868 | $25 | | 7/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 06/14 | $2,017 | $25 | | 6/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 05/14 | $1,170 | $46 | | 4/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 04/14 | $608 | $25 | | 4/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 03/14 | $574 | $25 | | 3/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |
| 02/14 | $2,030 | $25 | $1,389 | 2/1/2014 | $8,822 | $15,500 | | Flexible Spending Credit Card | | |

( Continued On Next Page )                Page 5 of 18

(Page 56 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 55 of 61 PageID 193

3

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/15 | $13,502 | $13,502 | | 10/1/2014 | $14,190 | $5,900 | $1,387 | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor; 120 Days Past Due | | | | | | | | | | |
| 02/15 | $13,368 | $13,368 | | 10/1/2014 | $14,190 | $5,900 | $1,092 | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor | | | | | | | | | | |
| 01/15 | $13,226 | $296 | | 10/1/2014 | $14,190 | $5,900 | $806 | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor | | | | | | | | | | |
| 12/14 | $13,071 | $259 | | 10/1/2014 | $14,190 | $5,900 | $546 | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor | | | | | | | | | | |
| 11/14 | $12,942 | $270 | | 10/1/2014 | $14,190 | $5,900 | | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor | | | | | | | | | | |
| 10/14 | $12,800 | $275 | $283 | 10/1/2014 | $14,190 | $5,900 | | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor | | | | | | | | | | |
| 09/14 | $12,916 | $283 | $200 | 9/1/2014 | $14,190 | $5,900 | | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor | | | | | | | | | | |
| 08/14 | $12,991 | $194 | $197 | 8/1/2014 | $14,190 | $5,900 | | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor | | | | | | | | | | |
| 07/14 | $13,180 | $197 | $200 | 7/1/2014 | $14,190 | $5,900 | | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor | | | | | | | | | | |
| 06/14 | $13,373 | $200 | $415 | 8/1/2014 | $14,190 | $5,900 | | Credit Card | | |
| Additional Information: Consumer Disputes After Resolution; Account Closed By Credit Grantor | | | | | | | | | | |
| 05/14 | $13,761 | $206 | $212 | 4/1/2014 | $14,190 | $5,900 | | Credit Card | | |
| Additional Information: Account Closed By Credit Grantor | | | | | | | | | | |
| 04/14 | $13,965 | $209 | $212 | 3/1/2014 | $14,190 | $5,900 | | Credit Card | | |
| Additional Information: Account Closed By Credit Grantor | | | | | | | | | | |
| 03/14 | $14,190 | $212 | | 2/1/2014 | $14,190 | $5,900 | | Credit Card | | |
| Additional Information: Account Closed By Credit Grantor | | | | | | | | | | |

( Continued On Next Page )                              Page 7 of 18

(Page 57 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 56 of 61 PageID 194

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14 | $14,183 | $212 | $700 | 2/1/2014 | $14,183 | $5,900 | | Credit Card | | |

Additional Information: Account Closed By Credit Grantor

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/14 | $5,225 | $75 | $966 | 1/1/2014 | $6,075 | $5,900 | | Credit Card | | |
| 12/13 | $6,075 | $91 | $253 | 12/1/2013 | $6,075 | $5,900 | | Credit Card | | |
| 11/13 | $5,964 | $89 | $87 | 11/1/2013 | $6,051 | $5,900 | | Credit Card | | |
| 10/13 | $6,051 | $90 | | 9/1/2013 | $6,051 | $5,900 | | Credit Card | | |
| 09/13 | $5,932 | $87 | | 9/1/2013 | $6,026 | $5,900 | | Credit Card | | |
| 08/13 | $6,026 | $90 | | 8/1/2013 | $6,026 | $5,900 | | Credit Card | | |

| | Date Opened 04/01/2004 | High Credit $0 | Credit Limit | Terms Duration | Terms Frequency Monthly | Months Revd 59 | Activity Designator Paid and Closed | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Date As of Date Reported 02/01/2010 | Amount $0 | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency 10/2009 | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 12/2009 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance;

| | Date Opened 08/01/1993 | High Credit $9,000 | Credit Limit | Terms Duration | Terms Frequency Monthly | Months Revd 58 | Activity Designator Paid and Closed | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Date As of Date Reported 07/01/2006 | Amount $0 | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency 06/2004 | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance;

| | Date Opened 09/11/2006 | High Credit $0 | Credit Limit $5,000 | Terms Duration | Terms Frequency Monthly | Months Revd 94 | Activity Designator Closed | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Name As of Date Reported 07/23/2014 | Balance $0 | Amount Past Due | Date of Last Payment 11/2007 | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity 11/2007 | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 07/2007 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed By Credit Grantor;

( Continued On Next Page )                    Page 8 of 18

(Page 58 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00570-SGB-TBM Document 3 Filed 03/10/16 Page 57 of 61 PageID 195



**Data Issued:** 08/18/2015

**TransUnion**

## -Begin Credit Report-

## Personal Information

You have been on our files since 11/01/1987

**Names Reported:** THOMAS J. BROWN

## Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|

TELEPHONE NUMBER(S) REPORTED:

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remark Key**

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets >< indicates that this remark is considered adverse.

CBG   CLOSED BY CREDIT GRANTOR          CLO   CLOSED                          DRC   DISP INVG COMP-CONSUM DISAGRS

>PRL<   UNPAID BALANCE CHARGED OFF

## Adverse Accounts

### CITICARDS CBNA                    701 E 60TH ST N, SIOUX FALLS, SD 57104, (800) 950-5114)

| | | | |
|---|---|---|---|
| **Date Opened:** 01/24/2013 | **Date Updated:** 07/30/2015 | | **Pay Status:** >Charged Off< |
| **Responsibility:** Individual Account | **Payment Received:** $0 | | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **Last Payment Made:** 10/16/2014 | | **Date Closed:** 02/13/2014 |
| **Loan Type:** CREDIT CARD | | | >Maximum Delinquency of 120 days in 03/2015 for $1,367 and in 04/2015 for $1,636< |

**Credit Limit:** Credit limit of $5,900 from 02/2013 to 07/2015
**Estimated month and year that this item will be removed:** 01/2021

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $13,656 | $13,656 | $13,656 | $13,656 | $13,502 | $13,368 | $13,226 | $13,079 | $12,942 | $12,800 | $12,914 | $12,991 |
| **Scheduled Payment** | | | | $13,656 | $13,502 | $13,368 | $286 | $259 | $270 | $275 | $263 | $194 |
| **Amount Paid** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $263 | $200 | $197 |
| **Past Due** | | | | | | | | | | $0 | $0 | $0 |
| **High Balance** | $14,190 | $14,190 | $14,190 | $14,190 | $14,190 | $14,190 | $14,190 | $14,190 | $14,190 | $14,190 | $14,190 | $14,190 |
| **Remarks** | | | | DRC/CBG | DRC/CBG | DRC/CBG | DRC/CBG | DRC/CBG | DRC/CBG | DRC/CBG | DRC/CBG | DRC/CBG |
| **Rating** | | | | | | | | | | OK | OK | OK |

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $13,184 | $13,373 | $13,743 | $13,565 | $14,190 | $14,185 | $5,225 | $6,074 | $5,554 | $6,051 | $5,832 | $6,026 |
| **Scheduled Payment** | $197 | $200 | $204 | $205 | $212 | $212 | $78 | $91 | $88 | $90 | $87 | $90 |
| **Amount Paid** | $200 | $419 | $212 | $212 | $0 | $700 | $966 | $263 | $87 | $90 | $87 | $90 |
| **Past Due** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **High Balance** | $14,190 | $14,190 | $14,190 | $14,190 | $14,190 | $14,190 | $6,074 | $6,074 | $6,051 | $6,051 | $6,026 | $6,026 |
| **Remarks** | DRC/CBG | DRC/CBG | CBG | CBG | CBG | CBG | CBG | | | | | |
| **Rating** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

P 4RZN1-002 00256-1003063 03/12

(Page 59 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 59 of 61 PageID 106

Consumer Credit Report for THOMAS J. BROWN     Page 2 of 6     File Number: 327756167   Date Issued: 08/18/2015

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|
| Balance | $5,695 | $5,898 | $5,898 | $5,717 | $5,280 | $2,660 |
| Scheduled Payment | $88 | $88 | $88 | $85 | $79 | $39 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $5,898 | $5,898 | $5,898 | $5,717 | $5,280 | $2,660 |
| Rating | OK | OK | OK | OK | OK | OK |

## Satisfactory Accounts

**CAPITAL ONE**   PO BOX 30253, SALT LAKE CITY, UT 84130-0253, (800) 477-6000)

| | |
|---|---|
| Date Opened: 02/13/2002 | Balance: $0 |
| Responsibility: Individual Account | Date Updated: 01/31/2008 |
| Account Type: Revolving Account | High Balance: $0 |
| Loan Type: CREDIT CARD | Credit Limit: $3,000 |
| Remarks: CLOSED | |

Pay Status: Current; Paid or Paying as Agreed
Date Closed: 01/22/2008

| | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2006 | 11/2006 | 10/2006 | 09/2006 | 08/2006 | 07/2006 | 06/2006 | 05/2006 | 04/2006 | 03/2006 | 02/2006 | 01/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2005 | 11/2005 | 10/2005 | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 | 04/2005 | 03/2005 | 02/2005 | 01/2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2004 | 11/2004 | 10/2004 | 09/2004 | 08/2004 | 07/2004 | 06/2004 | 05/2004 | 04/2004 | 03/2004 | 02/2004 | 01/2004 | 12/2003 | 11/2003 | 10/2003 | 09/2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2003 | 07/2003 | 06/2003 | 05/2003 | 04/2003 | 03/2003 | 02/2003 | 01/2003 | 12/2002 | 11/2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**CHASE/BANK ONE CARD SERV #** ******** (PO BOX 15298, WILMINGTON, DE 19850, (800) 432-3117)

| | |
|---|---|
| Date Opened: 04/18/2006 | Date Updated: 07/19/2015 |
| Responsibility: Individual Account | Payment Received: $0 |
| Account Type: Revolving Account | Last Payment Made: 07/14/2015 |
| Loan Type: FLEXIBLE SPENDING CREDIT CARD | |

Pay Status: Current; Paid or Paying as Agreed
Terms: $25 per month, paid Monthly

High Balance: High balance of $8,822 from 02/2013 to 07/2015
Credit Limit: Credit limit of $15,500 from 02/2013 to 07/2015

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $1,019 | $1,083 | $1,250 | $741 | $620 | $2,145 | $690 | $618 | $767 | $620 | $555 | $751 |
| Scheduled Payment | $25 | $55 | $25 | $25 | $25 | $25 | $25 | $42 | $25 | $25 | $25 | $25 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $568 | $2,017 | $1,170 | $608 | $574 | $2,030 | $1,389 | $1,037 | $1,176 | $2,005 | $1,592 | $1,444 |
| Scheduled Payment | $25 | $25 | $46 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $1,389 | $1,037 | $1,176 | $2,005 | $1,592 | $1,444 | $754 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $754 | $700 | $655 | $257 | $966 | $2,564 | | | | | | |
| Scheduled Payment | $25 | $25 | $25 | $25 | $25 | $25 | | | | | | |
| Amount Paid | $700 | $655 | $257 | $966 | $2,564 | $2,405 | | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

(Page 60 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM   Document 3   Filed 03/10/16   Page 59 of 61 PageID 197

Department #110840
P.O. Box 1259
Oaks, PA 19456
ADDRESS SERVICE REQUESTED



August 24, 2015

 THOMAS J BROWN
LAKE, TERESA
4516 SEAGULL DR
UNIT 612
NEW PORT RICHEY FL 34652-2120

ARS National Services Inc.
PO Box 469100
Escondido, CA 92046-9100
(800) 976-0960
FAX: (866) 422-0765
www.PayARS.com

**ACCOUNT IDENTIFICATION**
Creditor: Citibank, N.A./CITI VISA

ARS Reference No.:
Balance: $13,656.66

## Welcome to ARS!

Dear Sir/Madam:

ARS is a national organization experienced in helping customers resolve their outstanding balances. Citibank has placed your account referenced above with ARS. We look forward to working with you to find a repayment plan that fits within your budget.

Unless you notify this offi... office will assume this debt... this debt or any portion the... judgment or verification. I... name and address of the or...

To review a range of paym... to provide your ARS Refer...

ARS also offers "Quick Ch... (Receive Code: 2471). Payd...

We are committed to helpin... options. Our office hours are... forward to hearing from you...

dispute the validity of this debt or any portion thereof, this ... days after receiving this notice that you dispute the validity of ... obtain a copy of a judgment and mail you a copy of such ... ...ter receiving this notice, this office will provide you with the ...

www.PayARS.com. To access your account, you'll be asked ...

City: ARS 31757017), and Moneygram "Express Payment" ... ARS Escondido, CA address above.

...-0960 with any questions or to discuss all your payment ... ...turday 6:00 a.m. - 12:00 p.m. (Pacific Time). We look ...

*[Handwritten: Collecting co. Called on 10/21/15 - 7.00]*

Sincerely,
Marielena Barajas x1886
Account Representative

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

EXHIBIT "N"

(Page 61 of 62 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 8:16-cv-00579-SCB-TBM Document 3 Filed 03/10/16 Page 60 of 61 PageID 198

Department #110840
P.O. Box 1259
Oaks, PA 19456
ADDRESS SERVICE REQUESTED

ARS National Services Inc.
PO Box 469100
Escondido, CA 92046-9100
(800) 909-9095 FAX: (866) 422-0765
www.PayARS.com

September 17, 2015

**ACCOUNT IDENTIFICATION**
Creditor: Citibank, N.A./CITI VISA

Balance: $13,656.66

THOMAS J BROWN
LAKE, TERESA
4516 SEAGULL DR
UNIT 612
NEW PORT RICHEY FL 34652-2120

## SETTLEMENT OPTIONS

Dear Sir/Madam:

We want to help you find a resolution for the above-referenced account. Below are just two of many payment options available.

1. Settle your account at 40% of the balance in six installments:
(If you cannot make the settlement payment by the dates below, please contact us to discuss alternative arrangements.)

Payment One: $910.45 by 10/4/2015          Payment Four: $910.45 by 1/2/2016
Payment Two: $910.45 by 11/3/2015          Payment Five: $910.45 by 2/2/2016
Payment Three: $910.45 by 12/3/2015        Payment Six: $910.45 by 3/3/2016

2. Down payment with payment plan:
Enclose a good faith down payment of $1,365.67 and then send monthly payments of $682.84 until the balance is paid in full. If you cannot make the payments by the 25th of each month, please contact us to discuss alternative arrangements.

We reserve the right to treat any missed or late settlement payment as a cancellation of the settlement agreement. We are not obligated to renew this settlement offer. Upon receipt of your final payment, ARS and our client will consider this account either paid in full or settled based on the option chosen.

To make a payment or review other options on this account 24 hours a day, please visit our website at www.PayARS.com. ARS also offers "Quick Check" by phone, Western Union "Quick Collect" (Code City: ARS 31757017), and Moneygram "Express Payment" (Receive Code: 2471). Payments made payable to Citibank, can be mailed to the ARS Escondido, CA address above.

Our client will report forgiveness of debt as required by IRS regulations.

Please call your account representative at (800) 909-9095 for any questions. Our office hours are Monday through Friday, 8:00 a.m. - 8:30 p.m. and Saturday 9:00 a.m. - 1:00 p.m. (Eastern Time).

Sincerely,
Latarsha Pugh X4017
Account Representative

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

 **CT Corporation**

**Service of Process
Transmittal**
02/09/2016
CT Log Number 528619010

**TO:**  Russum Abidally, Manager
Citigroup Inc.
Legal Service Intake, 1 Court Square 10th Floor, Zone 4
Long Island City, NY 11120-0001

**RE:**  **Process Served in Florida**

**FOR:**  Citigroup Inc. (Domestic State: DE)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | THOMAS J. BROWN, Pltf. vs. CITIGROUP, INC. and ARS NATIONAL SERVICES, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Pasco County Circuit Court, FL
Case # 16CA000029WSG |
| **NATURE OF ACTION:** | Violation of the Fair Debt Collection Practices Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/09/2016 at 15:00 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Michael A. Ziegler
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
727-538-4188 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/10/2016, Expected Purge Date: 02/15/2016

Image SOP

Email Notification, Russum Abidally  russum.abidally@citi.com

Email Notification, Carol Dover  carol.e.dover@citi.com

Email Notification, Tonya Huggup  tonya.s.huggup@citi.com |
| **SIGNED:**
**ADDRESS:**

**TELEPHONE:** | C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324
954-473-5503 |

Page 1 of 1 / DL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.