UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS J. BROWN,

    Plaintiff,

vs.                                      Case No. 8:16-cv-00579-SCB-TBM

CITIBANK, N.A., and
ARS NATIONAL SERVICES INC.,

    Defendants.
_____/

**NOTICE OF JOINDER IN CITIBANK, N.A.'S**
**CORRECTED UNOPPOSED MOTION TO COMPEL ARBITRATION**

ARS NATIONAL SERVICES INC. ("ARSN"), by and through its undersigned counsel, hereby joins in Citibank, N.A.'s Corrected Unopposed Motion to Compel Arbitration and, for all the reasons stated therein.

ARSN further notes that the Arbitration Agreement in question includes any derivative claims against ARSN, including Counts III and IV, under the following language: "This includes Claims made by or against anyone connected with us or you, or by someone making a claim through us or you, such as a co-applicant, authorized user, employee, agent, representative, or an affiliated/parent/subsidiary complaint." Neither Plaintiff, Citibank, or ARSN opposes arbitration of all claims in this matter and a stay during the pendency of any arbitration.

For the foregoing reasons, ARSN respectfully requests that this Court enter an Order granting Citibank, N.A.'s Corrected Unopposed Motion to Compel Arbitration, and grant such other and further relief as the Court deems appropriate.

ADAMS AND REESE LLP

/s/ *Christopher A. Roach*
LOUIS M. URSINI, III, ESQUIRE
Florida Bar No.: 0355940
CHRISTOPHER A. ROACH, ESQUIRE
Florida Bar No.: 049033
101 East Kennedy Boulevard, Suite 4000
Tampa, Florida 33602
Telephone: (813) 402-2880
Facsimile: (813) 402-2887
Primary: louis.ursini@arlaw.com
Primary: chris.roach.com
Secondary: katie.takas@arlaw.com
*Attorneys for ARS National Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the following are listed to receive Notices of Electronic Filing through CM/ECF on this day:

Michael A. Ziegler, Esq.
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
mike@zieglerlawoffice.com
*Attorney for Plaintiff*

John L. Dicks, Esq.
Akerman LLP
401 E. Jackson Street, Suite 1700
Tampa, FL  33602
john.dicks@akerman.com
*Attorney for Citibank, N.A.*

Jacob A. Brown, Esq.
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL  32202
jacob.brown@akerman.com
*Attorney for Citibank, N.A.*

/s/ *Christopher A. Roach*
CHRISTOPHER A. ROACH, ESQUIRE
Florida Bar No.: 0049033