**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THOMAS J. BROWN,

    Plaintiff,

v.                              CASE NO: 8:16-00579

CITIBANK, N.A., and ARS NATIONAL
SERVICES, INC.,

    Defendant.
_____/

**NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL**
**AS TO ALL PARTIES**

    **COMES NOW**, Plaintiff, **THOMAS J. BROWN**, by and through undersigned counsel, and voluntarily dismisses its complaint on all counts against ALL PARTIES, with prejudice.

*/s/ John Dicks II*                      */s/Michael A. Ziegler*
John Dicks, II, Esq                  Michael A. Ziegler, Esq.
Attorney for Citibank, N.A.       Attorney for Plaintiff

*/s/ Louis M. Ursini, III, Esq.*
Attorney for ARS National
Services, Inc.,

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished as follows on this **30** day of **September, 2016.**

__X_ E-mail/E-Services, ____ Delivery, ____ US Mail, ___Fax


Louis M. Ursini, III, Esq,
Counsel for ARS National Services, Inc.
Adams and Reese, LLP
101 E. Kennedy Blvd.
Suite 4000
Tampa, FL  33602
louis.ursini@arlaw.com

John L. Dicks II
Florida Bar No.: 89012
john.dicks@akerman.com
sharon.wells@akerman.com
401 East Jackson St., Suite 1700
Tampa, Florida  33602
Phone: 813-223-7333
Fax:    813-218-5410


*/s/ Michael A. Ziegler*
Michael A. Ziegler, Esq.
FBN:  74864
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
(p)  (727) 538-4188 /
(f)  (727) 362-4778
mike@zieglerlawoffice.com